UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY ORTEGA, | No. 2:13-cv-1913 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondents. | |

Petitioner, a state prisoner proceeding through counsel, has filed a motion to lift the stay. Good cause appearing, the stay issued on November 1, 2013, is lifted.

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and paid the filing fee.

Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to lift the stay (ECF No. 10) is granted; the November 1, 2013 stay is lifted;

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the

1

petition. See Rule 5, 28 U.S.C. foll. § 2254;

    3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

    4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

    5. The Clerk of the Court shall serve a copy of this order, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

Dated:  February 25, 2014

/orte1913.100f

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

2