UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY ORTEGA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CONNIE GIPSON, Warden,<br><br>　　　　　Respondent. | No.  2:13-cv-1913 KJM KJN P<br><br><br><br>ORDER |

Petitioner, through counsel, has requested an extension of time to file a reply to respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Petitioner's request for an extension of time (ECF No. 23) is granted; and

   2. Petitioner shall file a reply on or before August 1, 2014.

Dated: July 3, 2014

/orte1913.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1