UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY ORTEGA, | No. 2:13-cv-1913 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a state prisoner who filed a pro se petition for writ of habeas corpus. On November 1, 2013, petitioner's motion for stay was granted. On February 21, 2014, petitioner, through counsel, filed a motion to lift the stay. The stay was lifted, and on June 2, 2014, respondent filed an answer, and on September 2, 2014, petitioner, again through counsel, filed a reply.

On October 28, 2014, counsel for petitioner filed a motion to withdraw as attorney, to which petitioner consented. Good cause appearing, counsel's motion is granted.

On November 3, 2014, plaintiff filed a motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."

////

1

See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw as attorney (ECF No. 28) is granted, and petitioner proceeds pro se;

2. The Clerk of the Court is directed to serve a copy of this order on Ms. Allen, nka Ms. Hoveland, and petitioner, and to change the docket to reflect petitioner's address as follows:

> Victor Anthony Ortega
> #AD3617
> Corcoran State Prison
> P.O. Box 3481
> Corcoran, CA  93212-8309

and

3. Petitioner's request for appointment of counsel (ECF No. 29) is denied without prejudice.

Dated:  December 9, 2014

/orte1913.110+

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE