UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY ORTEGA, | No. 2:13-cv-1913 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondents. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the petition is fully briefed, and no action by petitioner is required at this time. The court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's September 21, 2015 request for appointment of counsel (ECF No. 32) is denied without prejudice.

Dated: September 29, 2015

orte1913.110

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1